IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **12-cv-3069-AP**

**CARRIE LEE CARO,**

      Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

      Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Defendant's Unopposed Motion to File Answer Out of Time (doc. #12), filed April 15, 2013, is **GRANTED**.  The Answer is accepted as timely filed on April 15, 2013.

Dated:  April 15, 2013