## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-03069-REB

CARRIE LEE CARO,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

## FINAL JUDGMENT

---

      This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Affirming Commissioner** [#24] entered by Judge Robert E. Blackburn on March 10, 2014, which order is incorporated herein by this reference.

      **THEREFORE, IT IS ORDERED** as follows:

      That the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is **AFFIRMED**.

      DATED at Denver, Colorado, this 10th day of March, 2014.

                    FOR THE COURT:

                    Jeffrey P. Colwell, Clerk

                    By: s/Kathleen Finney
                         Kathleen Finney
                         Deputy Clerk